[No. 22971-1-I.  Division One.  May 30, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. JEREMY
MORRIS, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 87-8-04751-4, Carmen Otero, J., entered Sep-
tember 20, 1988. *Reversed* by unpublished per curiam
opinion.

[No. 21520-5-I.  Division One.  May 30, 1989.]

EARL A. WESTLUND, *Appellant,* v. THE DEPARTMENT
OF LICENSING, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 86-2-23227-3, Frank D. Howard, J., entered
December 10, 1987. *Affirmed* by unpublished opinion per
Pekelis, J., concurred in by Coleman, C.J., and Forrest, J.

[No. 20316-9-I.  Division One.  May 30, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. ANTHONY N.
CALDERON, *Appellant.*

Appeal from a judgment of the Superior Court for What-
com County, No. 86-1-00418-4, David A. Nichols, J.,
entered April 14, 1987. *Affirmed* by unpublished opinion
per Webster, J., concurred in by Grosse, A.C.J., and Schol-
field, J.

[No. 21580-9-I.  Division One.  May 30, 1989.]

A.L. CUSIN, ET AL, *Appellants,* v. THE CITY OF LYNDEN,
*Respondent.*

Appeal from a judgment of the Superior Court for What-
com County, No. 87-2-00479-8, David A. Nichols, J.,
entered November 24, 1988. *Affirmed* by unpublished opin-
ion per Coleman, C.J., concurred in by Scholfield and
Grosse, JJ.